NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LECTROLARM CUSTOM SYSTEMS, INC.,**
*Plaintiff-Appellant,*

v.

**VICON INDUSTRIES, INC. AND UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,**
*Defendants,*

AND

**SENSORMATIC ELECTRONICS CORPORATION,**
*Defendant-Appellee,*

AND

**BOSCH SECURITY SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2012-1156

---

Appeal from the United States District Court for the Western District of Tennessee in case no. 03-CV-2330, Judge Samuel H. Mays, Jr.

---

## ON MOTION

---

## ORDER

Sensormatic Electronics Corporation (Sensormatic) moves without opposition for an extension of time, until April 6, 2012, for Lectrolarm Custom Systems, Inc. (Lectrolarm) to file its principal brief, for an extension of time, until May 18, 2012, for Sensormatic and Bosch Security Systems, Inc. (Bosch) to file their response briefs, and for an extension of time, until June 11, 2012, for Lectrolarm to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 0 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Kenneth W. Brothers, Esq.
     Sean W. Gallagher, Esq.
     Erik G. Swenson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

JAN HORBALY
CLERK